UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      **ORDER**

      -against-                                 19 Cr 516

MARTIN ELVIS RINCON CAZARES,

                Defendant.
-------------------------------------------------------------X

The terms of supervised release in the Judgment of Conviction dated November 21, 2019, are hereby modified to delete the words "if recommended by the Probation Department" on page 5, term #2. See United States v. Peterson, 248 F. 3d 79, 85 (2d Cir. 2001); see also Transcript of today's supervised release hearing.

Dated:  New York, New York
           November 7, 2022

                                                      _/s/ Richard M. Berman_
                                                  **RICHARD M. BERMAN, U.S.D.J.**