UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              19 CR. 516 (RMB)

  -against-

**ORDER**

MARTIN ELVIS RINCON CAZARES,
              Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Wednesday, December 14, 2022 at 9:00 A.M. – in the absence of defense counsel – will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 281 979 105#

Dated: December 7. 2022
       New York, NY

                                                      *Richard M. Berman*
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.