**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                  Government,  :  19 CR. 516 (RMB)

      - against -  :  **ORDER**

MARTIN ELVIS RINCON CAZARES,
                  Defendant.
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 15, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 467 889 005#

Dated: March 8, 2023
       New York, NY

                                          _____
                                          **RICHARD M. BERMAN**
                                                 **U.S.D.J.**