UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                        Government,               :      19 CR. 516 (RMB)
                                                  :
              - against -                         :      **ORDER**
                                                  :
MARTIN ELVIS RINCON CAZARES,                      :
                                                  :
                        Defendant.                :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 8, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 524 993 984#

Dated: May 3, 2023
       New York, NY

_____
**RICHARD M. BERMAN**
U.S.D.J.