**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 19 CR. 516 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| MARTIN ELVIS RINCON CAZARES, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 17, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

　　Dial-in Number: (646) 453-4442
　　Conference ID: 944 650 412#

Dated: October 11, 2023
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　_Richard M. Berman_
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S.D.J.**